UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

UNITED STATES OF AMERICA                                                                    PLAINTIFF

VS.                                                                          CASE NUMBER 5:21-MJ-00015-LLK

CLAYTON RAY MULLINS                                                                    DEFENDANT

## NOTICE OF ATTORNEY APPEARANCE

David Bundrick hereby enters his appearance as attorney of record on behalf of the Defendant.

/s/ David Bundrick
David Bundrick
222 Walter Jetton Boulevard
P.O. Box 1837
Paducah, Kentucky 42002-1837
(270) 442-9000
dbundrick@eandklaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2020 I electronically filed the foregoing with the clerk of court by using the ECF system, which will send a notice of electronic filing to counsel of record.

/s/ David Bundrick
David Bundrick